# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 26, 2007

133532 & (18) (19)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

ROBIN RICK MANNING,
     Defendant-Appellant.

SC: 133532
COA: 275762
Saginaw CC: 84-005570-FC

_____/

On order of the Court, the application for leave to appeal the February 7, 2007 order of the Court of Appeals is considered, and it is DENIED, because the defendant's motion for relief from judgment is prohibited by MCR 6.502(G). The motions for appointment of counsel and to remand are DENIED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 26, 2007

_____
Clerk

s0618